HOFMANN & SCHWEITZER
212 West 35th Street, 12th Floor
New York, NY 10001
(212) 465-8840
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| CHRISTOPHER BAILEY, JUSTIN PEASLEE, FRANKLIN BODDEN, TRENT MCDOWELL, ELMO BENEDITH and CHRISTOPHER MOORE, On Behalf of Themselves and All Others Similarity Situated,<br><br>Plaintiffs,<br>-against-<br><br>BOUCHARD TRANSPORTATION CO., INC., B. NO. 205 CORP., B. NO. 210 CORP., B. NO. 215 CORP., B. NO. 220 CORP., B. NO. 225 CORP., B. NO. 230 CORP., B. NO. 231 CORP., B. NO. 233 CORP., B. NO. 235 CORP., B. NO. 240 CORP., B. NO. 242 CORP., B. NO. 245 CORP., B. NO. 250 CORP., B. NO. 252 CORP., B. NO. 260 CORP., B. NO. 262 CORP., B. NO. 264 CORP., B. NO. 265 CORP., B. NO. 270 CORP., B. NO. 272 CORP., B. NO. 280 CORP., B. NO. 282 CORP., B. NO. 284 CORP., B. NO. 285 CORP., and B. NO. 295 CORP.<br><br>TUG EVENING MIST, In Rem, TUG EVENING TIDE, In Rem, TUG BOUCHARD BOYS, In Rem, TUG EVENING LIGHT, In Rem, TUG ELLEN S. BOUCHARD, In Rem, TUG EVENING STAR, In Rem, TUG DENISE A. BOUCHARD, In Rem, TUG RHEA I. BOUCHARD, In Rem, TUG CAPT. FRED BOUCHARD, In Rem, TUG MORTON S. BOUCHARD, In Rem, TUG BUSTER BOUCHARD, In Rem, TUG MARION C. BOUCHARD, In Rem, TUG BARBARA E. BOUCHARD, In Rem, TUG ROBERT J. BOUCHARD, In Rem, TUG J. GEORGE BETZ, In Rem, TUG BRENDAN J. BOUCHARD, In Rem, TUG JANE A. BOUCHARD, In Rem, TUG MORTON S. BOUCHARD, In Rem, TUG LINDA LEE BOUCHARD, In Rem, TUG DANIELLE M. | 1:20-cv-01207-MKV<br><br>NOTICE OF VOLUNTARY DISCONTINUANCE BY PLAINTIFF CHRISTOPHER MOORE |

BOUCHARD, In Rem, TUG KIM M. BOUCHARD, In Rem, TUG FREDERICK E. BOUCHARD, In Rem, TUG RALPH E. BOUCHARD, In Rem, TUG BOUCHARD GIRLS, In Rem, TUG DONNA J. BOUCHARD, In Rem, and TUG EVENING BREEZE, In Rem,

THE B. NO. 205, In Rem, THE B. NO. 210, In Rem, THE B. NO. 215, In Rem, THE B. NO. 220, In Rem, THE B. NO. 225, In Rem, THE B. NO. 230, In Rem, THE B. NO. 231, In Rem, THE B. NO. 233, In Rem, THE B. NO. 235, In Rem, THE B. NO. 240, In Rem, THE B. NO. 242, In Rem, THE B. NO. 245, In Rem, THE B. NO. 250, In Rem, THE B. NO. 252, In Rem, THE B. NO. 260, In Rem, THE B. NO. 262, In Rem, THE B. NO. 264, In Rem, THE B. NO. 265, In Rem, THE B. NO. 270, In Rem, THE B. NO. 272, In Rem, THE B. NO. 280, In Rem, THE B. NO. 282, In Rem, THE B. NO. 284, In Rem, THE B. NO. 285, In Rem, and THE B. NO. 295, In Rem,

           Defendants.
------------------------------------------------------------------x

To: Clerk of the United States District Court
   Daniel Patrick Moynihan U.S. Courthouse
   Southern District of New York
   500 Pearl Street
   New York, NY 10007

   Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, plaintiff Christopher Moore hereby discontinues this action against all defendants without prejudice and no answer having been served and no recovery having been made.

   This notice of voluntary discontinuance does not affect the claims of plaintiffs Christopher Bailey, Justin Peaslee, Franklin Bodden, Trent McDowell and Elmo Benedith, who remain the plaintiffs in this action.

Dated: New York, New York   HOFMANN & SCHWEITZER
     February 13, 2020     Attorneys for Plaintiffs

               By: _____
                Paul T. Hofmann (PH1356)
                212 West 35th Street, 12th Floor
                New York, NY 10001
                Tel: 212-465-8840 Fax: 212-465-8849
                paulhofmann@hofmannlawfirm.com