USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/03/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER BAILEY et al., on behalf of themselves and all others similarly situated,

            Plaintiffs,

-against-

BOUCHARD TRANSPORTATION CO., INC.,

            Defendants.

1:20-cv-01207-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

      The Court has received the Parties' signed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge. Because the Parties consent to conduct all proceedings in this case before a Magistrate Judge, the Initial Pretrial Conference scheduled for September 8, 2020, at 10:00AM is HEREBY ADJOURNED.

**SO ORDERED.**

Date: **September 3, 2020**
      **New York, NY**

                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**