```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christopher Bailey et al., on behalf of themselves and all others similarity situated,

                Plaintiffs,

-against-

Bouchard Transportation Co., Inc. et al.,

                Defendants.

1:20-cv-01207 (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

        On October 15, 2020, the parties filed a Joint Letter indicating that all Defendants have filed for bankruptcy. (*See* ECF No. 128.) Accordingly, it is hereby Ordered that this action is automatically stayed pending resolution of the bankruptcy cases. *See* 11 U.S.C. § 362. It is further Ordered that the parties shall file a status letter informing the Court how the parties wish to proceed in this matter no later than two weeks after the bankruptcy cases conclude or the automatic stay is lifted, whichever is first.

**SO ORDERED.**

DATED:      New York, New York
                October 16, 2020

                                                    */s/ Stewart D. Aaron*
                                                   STEWART D. AARON
                                                   United States Magistrate Judge