HOFMANN & SCHWEITZERR
*Attorneys for Plaintiffs*
212 West 35th Street, 12th Floor
New York, NY 10001
Tel: 212-465-8840

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
CHRISTOPHER BAILEY, JUSTIN PEASLEE,
FRANKLIN BODDEN, TRENT MCDOWELL, ELMO
BENEDITH and CHRISTOPHER MOORE[1],
On Behalf of Themselves and All Others Similarity Situated,

        Plaintiffs,    **Civil Action 20-cv-01207 (SDA)**

  -against-

BOUCHARD TRANSPORTATION CO., INC.,
B. NO. 205 CORP., B. NO. 210 CORP.,
B. NO. 215 CORP., B. NO. 220 CORP.,
et al.
        Defendants.
-----------------------------------------------------------------------------x

**NOTICE OF UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTICE that upon the affirmation of Paul T. Hofmann with exhibits annexed thereto, the plaintiffs herein do move the Court for an order approving the settlement of the claims made herein.

Be advised that a companion unopposed motion for similar relief is being filed on this date in the action entitled *Babson, et al. v. Bouchard Transportation Co., Inc., et al.*, 20 CV 02370 (MKV).

Dated: New York, New York    HOFMANN & SCHWEITZER
   October 24, 2024

             By:_____
               Paul T. Hofmann (PH1356)
               Attorneys for Plaintiff
               212 W. 35st Street, 12th Floor
               New York, N.Y. 10001
               (212) 465-8840 Fax: 212-465-8849
               paulhofmann@hofmannlawfirm.com

---

[1] Christopher Moore voluntarily discontinued his claim in this action and is not a participant in the settlement which is the subject matter of the within motion.