USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Christopher Bailey et al., on behalf of themselves and all others similarity situated,<br><br>       Plaintiffs,<br><br>-against-<br><br>Bouchard Transportation Co., Inc. et al.,<br><br>       Defendants. | 1:20-cv-01207 (SDA)<br><br>ORDER |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

  Pending before the Court is Plaintiffs' motion to approve a settlement reached by the parties and approved by the Bankruptcy Court for the Southern District of Texas in *In re Tug J. Robert Bouchard, Corp.*, Case No. 20-34758. (Pl.'s Mot., ECF No. 136.) Having reviewed Plaintiffs' motion papers, it appears to the Court that they contain one or more mathematical errors. Accordingly, no later than November 6, 2024, Plaintiffs shall file a letter addressing the following:

1. The reason for the difference between the delayed wages alleged in the Complaint (Compl., ECF No. 1, ¶¶ 6-10), and the amounts listed in the Hofmann Affidavit. (Hofmann Aff., ECF No. 136-1, ¶¶ 14, 41-46.) Although Mr. Hofmann states that Plaintiffs will receive in settlement 100% of the corrected liquidated damages, which are equal to the amount of delayed wages (*id*. ¶¶ 18 n.3, 34, 35), the Court cannot determine, on the current record, the basis for the liquidated damages numbers contained in the Hofmann Affidavit.

2. The correct amount of Plaintiff Peaslee's liquidated damages for the period covered by the Complaint in this action, which sometimes is listed as $10,300 and other times $10,380. (*See* Hofmann Aff. ¶¶ 15, 42.)

3. The correct amount of Plaintiff Benedith's liquidated damages, which sometimes is listed as $6,930 and other times listed as $6,390. (*See* Hofmann Aff. ¶¶ 14, 43.)

4. An itemized list of the costs Plaintiffs seek to recover. (*See* Hofmann Aff. ¶¶ 59, 61 n.6.)

**SO ORDERED.**

DATED:   New York, New York
         October 30, 2024

_____
STEWART D. AARON
United States Magistrate Judge