# HOFMANN & SCHWEITZER

COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY
212 West 35th Street, 12th Floor
NEW YORK, NY 10001
Telephone: (212) 465-8840

PAUL T. HOFMANN*
TIMOTHY F. SCHWEITZER*
———————

Fax: (212) 465-8849
Fax: (844) 570-8674

NEW JERSEY OFFICE:
1130 ROUTE 202 SOUTH , SUITE A7
RARITAN, NJ 08869
(908) 393-5662

DARIO ANTHONY CHINIGO*
NICOLE VERA*†

E-M AIL: INFO@HOFMANNLAWFIRM.COM
WEB PAGE: WWW.HOFMANNLAWFIRM.COM

*Also Admitted in NJ
† Also Admitted in FL

Writer's Email:
paulhofmann@hofmannlawfirm.com

November 4, 2024

**Via ECF**

The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:     Christopher Bailey, et al. v. Bouchard Transportation Co., Inc. et al.
         Index No.: 1:20-cv-01207 (SDA)
         Related Case: Bryce Babson, et al. v. Bouchard Transportation Co., Inc. et al.
         Index No.: 1:20-cv-02370 (MKV)

Dear Magistrate Judge Aaron:

I write in response to your October 30, 2024 order detailing four issues you noted in relation to our motion to approve the settlement reached by the parties and approved by the Bankruptcy Court for the Southern District of Texas. I submit the attached supplemental affirmation with exhibits to respond to your inquiries.

A proposed order correcting the amounts due Messrs. Benedith and Peaslee is attached for your entry.

Thank you for your continued consideration.

Respectfully,

HOFMANN & SCHWEITZER

By:_____
     Paul T. Hofmann

PTH

c:     Honorable Mary Kay Vyskocil
        (Bryce Babson et al. v. Bouchard Transportation Co., Inc. et al., 1:20-cv-02370)
        All Counsel via ECF
        Dominic Litz, Esq. (Via Email)